UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              CASE NO.: 3:25-bk-03716

Audy Edmond Wallace,
      (Debtor)
_____/

### AMENDMENT TO SCHEDULE A/B AND OFFICIAL 106SUM

COMES NOW, AUDY EDMOND WALLACE, Debtor and files this Amendment to Schedules and says:

**Schedule A/B**

Schedule A/B is amended to reflect the debtors' correct homestead exemption.

**Official SUM 106**

Official Sum 106 is amended to reflect the above-mentioned amendment.

I declare under penalty of perjury that I have read the above Amendment attached hereto and they are true and correct to the best of my knowledge and belief.

Dated this: 30 day of December 2025.

_____
Audy Edmond Wallace, Debtor

I HEREBY CERTIFY, a true and correct copy of the forgoing has been furnished to Gordon Jones, Trustee and all interested parties by cm/ecf filing and/or United States Postal Service on this 30 day of December 2025.

*Stephen M Witt*
Stephen M. Witt, Attorney for Debtor
Florida Bar No. 231916
P.O. Box 2064
Lake City, Fl 32056-2064
Tel. (386) 755-2863
Email: stephen@attorneywitt.com
Sec. carey@attorneywitt.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing have been furnished to Gordon Jones, Trustee and all other interested parties on the attached Creditor Matrix, through CM/ECF and/or by US Mail this 30 day of December 2025.

*Stephen M Witt*
Stephen M. Witt, Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:25-bk-03716-JAB<br>Middle District of Florida<br>Jacksonville<br>Mon Dec 29 13:22:43 EST 2025 | TruHome Solutions, LLC<br>TruHome Solutions<br>6330 Sprint Parkway<br>Ste 200<br>Overland Park, KS 66211-1220 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Brightstar Credit Union<br>PO Box 7568<br>Shawnee Mission, KS 66207-0568 | Capital Management Services LP<br>698 1/2 South Ogden St<br>Buffalo, NY 14206-2317 |
| Chase Bank<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Columbia County Tax Collector's Office<br>135 NE Hernando Avenue<br>Suite 125<br>Lake City FL 32055-4004 | Department of Education<br>PO Box 82561<br>Lincoln, NE 68501-2561 |
| Discover Bank<br>PO Box 71242<br>Charlotte, NC 28272-1242 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | JPMCB<br>PO Box 15369<br>Wilmington, DE 19850-5369 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | North Mill Equipment Finance<br>601 Merritt 7<br>Suite 5<br>Norwalk, CT 06851-1097 | Truist Bank<br>PO Box 1847 / 100-50-01-51<br>Wilson, NC 27894-1847 |
| Truist Bank<br>PO Box 400<br>Wilson, NC 27894-0400 | Truist Bank<br>PO Box 580048<br>Charlotte, NC 28258-0048 | Truist Bank, Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 |
| United States Trustee - JAX 13/7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Audy Edmond Wallace<br>583 SW Bunn Dr<br>Lake City, FL 32024-2861 | Gordon P. Jones<br>Gordon P. Jones, Chapter 7 Trustee<br>450-106 State Road 13 N<br>Unit 303<br>St. Johns, FL 32259 |
| Stephen M. Witt<br>P.O. Box 2064<br>Lake City, FL 32056-2064 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 | |