Fill in this information to identify your case and this filing:

**Debtor 1**: Audy Edmond Wallace
First Name / Middle Name / Last Name

**Debtor 2** (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number (if known): 3:25-bk-03716

I certify that the following is true and correct to the best of my knowledge on this 29th day of December 2025

*/s/ A. Wallace*

Audy E. Wallace

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

**1.1**
Street address: 583 SW Bunn Dr
City: Lake City   State: FL   ZIP Code: 32024
County: Columbia County

What is the property? Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? $ 239,000.00
Current value of the portion you own? $ 239,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Fee simple

☐ Check if this is community property

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................➤  $239,000.00

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☑ Yes

Debtor 1 __Audy Edmond Wallace__
    First Name Middle Name Last Name

Case number *(if known)* 3:25-bk-03716

3.1 Make: Hyundai
  Model: Santa Cruz
  Year: 2023
  Approximate mileage: 42000
  Other information:
  Condition: Good; VIN 5NTJADAE7PH045230

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ 16,383.00

Current value of the portion you own? $ 16,383.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
 *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- [x] No
- [ ] Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............▶ $16,383.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
 *Examples:* Major appliances, furniture, linens, china, kitchenware
- [ ] No
- [x] Yes. Describe.......... 1/2 interest 1 microwave, 1 washer, 1 dryer, 1 stove, 1 refrigerator, 1 dining room table with 4 chairs, 1 king bed, 1 full size bed, 3 dressers, 2 couches, 2 chairs, 1 bookcase, 1 suitcase, 3 knick-knacks, 1 computer desk, 1 entertainment center, 7 small appliances

$ 350.00

7. **Electronics**
 *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- [ ] No
- [x] Yes. Describe.......... 1/2 interest 3 stereos, 70 inch TV 1 year old 40 inch TV 10 years old, Desktop computer 9 years old, laptop 4 years old, X box ONE game system, Nintendo switch, Nintendo WII system

$ 400.00

8. **Collectibles of value**
 *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- [x] No
- [ ] Yes. Describe..........

$ 0.00

9. **Equipment for sports and hobbies**
 *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- [ ] No
- [x] Yes. Describe.......... 1 camping gear, 1 grill

$ 25.00

10. **Firearms**
 *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
- [ ] No
- [x] Yes. Describe.......... smith and wesson pistol 8 years old

$ 100.00

Debtor 1  **Audy Edmond Wallace**
First Name  Middle Name  Last Name

Case number *(if known)* 3:25-bk-03716

### 11. Clothes

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..........  CLOTHING FOR 1 ADULT MALE, 1 CHILD   $ 20.00

### 12. Jewelry

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..........  1 silver ring, 2 silver necklaces   $ 50.00

### 13. Non-farm animals

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.........   $ 0.00

### 14. Any other personal and household items you did not already list, including any health aids you did not list

☐ No
☑ Yes. Give specific information...  TOOLS: 1 saw, 1 set misc tools, 1 set of bits, 1 wrench, 1 push mower 2 years old, 2 shovels, 1 rake, 2 hand tools, 1 weed eater   $ 150.00

15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here..........▶   $1,095.00

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes............   Cash ..........................   $ _____

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................   Institution name:

17.1. Checking account:  TD Bank Joint 9566   $ 2,488.51
17.2. Checking account:  Truist Bank Audi 7589   $ 3,255.33
17.3. Checking account:  Truist Business Account Audi 9914   $ 111.12

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes..................   Institution or issuer name:
  Miso Robotics   $ 0.00

Debtor 1 __Audy Edmond Wallace__   Case number *(if known)* 3:25-bk-03716
First Name   Middle Name   Last Name

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them..........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders. Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........   Issuer name:

    $ _____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately

    | Type of account: | Institution name: | Value: |
    |---|---|---|
    | 401(k) or similar plan: | | $ 0.00 |
    | Pension plan: | | $ 0.00 |
    | IRA: | | $ 0.00 |
    | Retirement account: | | $ 0.00 |
    | Keogh: | | $ 0.00 |
    | Additional account: | | $ 0.00 |
    | Additional account: | | $ 0.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes...

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**   **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1  Audy Edmond Wallace
         First Name  Middle Name  Last Name

Case number (if known) 3:25-bk-03716

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    Federal: $ 0.00
    State:   $ 0.00
    Local:   $ 0.00

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information....

    Alimony:            $ 0.00
    Maintenance:        $ 0.00
    Support:            $ 0.00
    Divorce settlement: $ 0.00
    Property settlement: $ 0.00

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**

    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

    ☑ No
    ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    ☑ No
    ☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.** ➔  $ 5,854.96

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe...

### 39. Office equipment, furnishings, and supplies

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe...

1 office chair, 1 desk

$ 50.00

### 40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☐ No
☑ Yes. Describe...

1 printer, 1 monitor

$ 100.00

### 41. Inventory

☑ No
☐ Yes. Describe...

### 42. Interests in partnerships or joint ventures

☑ No
☐ Yes. Describe...

### 43. Customer lists, mailing lists, or other compilations

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

### 44. Any business-related property you did not already list

☑ No
☐ Yes. Give specific information...

### 45. Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here......➤

$ 150.00

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

### 46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 47. Farm animals

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes...

### 48. Crops—either growing or harvested

☑ No
☐ Yes. Give specific information...

### 49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☑ No
☐ Yes...

### 50. Farm and fishing supplies, chemicals, and feed

☑ No
☐ Yes...

### 51. Any farm- and commercial fishing-related property you did not already list

☑ No
☐ Yes. Give specific information...

### 52. Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here......➤

$ 0.00

## Part 7: Describe All Property You Own or Have an Interest In That You Did Not List Above

AMENDED

Debtor 1 __Audy Edmond Wallace__
        First Name   Middle Name   Last Name

Case number *(if known)* 3:25-bk-03716

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ............................➤ $0.00

| Part 8: | List the Totals of Each Part of this Form |

55. Part 1: Total real estate, line 2 ............................................................................➤ $239,000.00
56. Part 2: Total vehicles, line 5                                            $ 16,383.00
57. Part 3: Total personal and household items, line 15                     $ 1,095.00
58. Part 4: Total financial assets, line 36                                  $ 5,854.96
59. Part 5: Total business-related property, line 45                        $ 150.00
60. Part 6: Total farm- and fishing-related property, line 52               $ 0.00
61. Part 7: Total other property not listed, line 54                     + $ 0.00
62. Total personal property. Add lines 56 through 61 ...................    $ 23,482.96    Copy personal property total➤   +$ 23,482.96
63. Total of all property on Schedule A/B. Add line 55 + line 62                                                            $ 262,482.96