UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                  CASE NO.: 3:25-bk-03716

Audy Edmond Wallace,
    (Debtor)
_____/

## AMENDMENT TO SCHEDULE C AND OFFICIAL 106SUM

    COMES NOW, AUDY EDMOND WALLACE, Debtor and files this Amendment to Schedules and says:

**Schedule C**

    Schedule C is amended to reflect the debtors' correct homestead exemption.

**Official SUM 106**

    Official Sum 106 is amended to reflect the above-mentioned amendment.

I declare under penalty of perjury that I have read the above Amendment attached hereto and they are true and correct to the best of my knowledge and belief.

Dated this: 15 day of January 2026.

_____
Audy Edmond Wallace, Debtor

I HEREBY CERTIFY, a true and correct copy of the forgoing has been furnished to Gordon Jones, Trustee and all interested parties by cm/ecf filing and/or United States Postal Service on this ___ day of January 2026.

                                                  Stephen M. Witt, Attorney for Debtor
                                                  Florida Bar No. 231916
                                                  P.O. Box 2064
                                                  Lake City, Fl 32056-2064
                                                  Tel. (386) 755-2863
                                                  Email: stephen@attorneywitt.com
                                                  Sec. carey@attorneywitt.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing have been furnished to Gordon Jones, Trustee and all other interested parties on the attached Creditor Matrix, through CM/ECF and/or by US Mail this __15__ day of January 2026.

                                                  Stephen M. Witt, Attorney for Debtor

Label Matrix for local noticing
113A-3
Case 3:25-bk-03716-JAB
Middle District of Florida
Jacksonville
Mon Dec 29 13:22:43 EST 2025

TruHome Solutions, LLC
TruHome Solutions
6330 Sprint Parkway
Ste 200
Overland Park, KS 66211-1220

American Express
PO Box 6031
Carol Stream, IL 60197-6031

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Brightstar Credit Union
PO Box 7568
Shawnee Mission, KS 66207-0568

Capital Management Services LP
698 1/2 South Ogden St
Buffalo, NY 14206-2317

Chase Bank
PO Box 15123
Wilmington, DE 19850-5123

Columbia County Tax Collector's Office
135 NE Hernando Avenue
Suite 125
Lake City FL 32055-4004

Department of Education
PO Box 82561
Lincoln, NE 68501-2561

Discover Bank
PO Box 71242
Charlotte, NC 28272-1242

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

JPMCB
PO Box 15369
Wilmington, DE 19850-5369

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

North Mill Equipment Finance
601 Merritt 7
Suite 5
Norwalk, CT 06851-1097

Truist Bank
PO Box 1847 / 100-50-01-51
Wilson, NC 27894-1847

Truist Bank
PO Box 400
Wilson, NC 27894-0400

Truist Bank
PO Box 580048
Charlotte, NC 28258-0048

Truist Bank, Support Services
PO Box 85092
Richmond, VA 23285-5092

United States Trustee - JAX 13/7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Audy Edmond Wallace
583 SW Bunn Dr
Lake City, FL 32024-2861

Gordon P. Jones
Gordon P. Jones, Chapter 7 Trustee
450-106 State Road 13 N
Unit 303
St. Johns, FL 32259

Stephen M. Witt
P.O. Box 2064
Lake City, FL 32056-2064

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21