United States Bankruptcy Court

Middle District of Florida

In re:  
Audy Edmond Wallace  
    Debtor

Case No. 25-03716-JAB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 13, 2026      Form ID: B318      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audy Edmond Wallace, 583 SW Bunn Dr, Lake City, FL 32024-2861 |
| 31945034 | + | Brightstar Credit Union, PO Box 7568, Shawnee Mission, KS 66207-0568 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: truhome_bkmail@ecf.epiqsystems.com | Jan 13 2026 22:11:00 | TruHome Solutions, LLC, TruHome Solutions, 6330 Sprint Parkway, Ste 200, Overland Park, KS 66211-1220 |
| 31945033 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2026 22:15:55 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 32063208 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2026 22:15:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 31945035 | | Email/Text: cms-bk@cms-collect.com | Jan 13 2026 22:13:00 | Capital Management Services LP, 698 1/2 South Ogden St, Buffalo, NY 14206-2317 |
| 31945036 | + | EDI: JPMORGANCHASE | Jan 14 2026 02:58:00 | Chase Bank, PO Box 15123, Wilmington, DE 19850-5123 |
| 31945043 | | Email/Text: thelton@columbiataxcollector.com | Jan 13 2026 22:13:00 | Columbia County Tax Collector's Office, 135 NE Hernando Avenue, Suite 125, Lake City FL 32055-4004 |
| 31945037 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 13 2026 22:13:00 | Department of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 31945038 | + | EDI: DISCOVER | Jan 14 2026 02:58:00 | Discover Bank, PO Box 71242, Charlotte, NC 28272-1242 |
| 31945044 | | EDI: FLDEPREV.COM | Jan 14 2026 02:58:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 31945039 | + | EDI: JPMORGANCHASE | Jan 14 2026 02:58:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 32003989 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 13 2026 22:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 31945040 | + | Email/Text: emiller@northmillef.com | Jan 13 2026 22:13:00 | North Mill Equipment Finance, 601 Merritt 7, Suite 5, Norwalk, CT 06851-1097 |
| 31945042 | ^ | MEBN | Jan 13 2026 22:06:59 | Truist Bank, PO Box 400, Wilson, NC 27894-0400 |
| 31945041 | + | Email/Text: bankruptcy@bbandt.com | Jan 13 2026 22:12:00 | Truist Bank, PO Box 580048, Charlotte, NC 28258-0048 |
| 32022130 | + | Email/Text: bankruptcy@bbandt.com | | |

| District/off: 113A-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: B318 | Total Noticed: 18 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Jan 13 2026 22:12:00 | Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 32039904 | + | Email/Text: bankruptcy@bbandt.com | Jan 13 2026 22:12:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32064357 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32004734 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2026            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eugene H Johnson | on behalf of Trustee Gordon P. Jones ehj@johnsonlawpa.com kristie@johnsonlawpa.com;lauren@johnsonlawpa.com;shelby@johnsonlawpa.com;ehj@ecf.courtdrive.com |
| Gordon P. Jones | F008@ecfcbis.com;traci@jaxtrustee.com |
| Stephen M. Witt | on behalf of Debtor Audy Edmond Wallace stephen@attorneywitt.com |
| United States Trustee - JAX 13/7 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Audy Edmond Wallace<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2566<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Florida | | |
| Case number:   3:25–bk–03716–JAB | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Audy Edmond Wallace
aka Audy E Wallace, aka Audy Wallace

Dated: January 13, 2026

Jacob A. Brown
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                               **Order of Discharge**                               page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**