# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 3:25-bk-03716-JAB

**Case Name:** Audy Edmond Wallace

**For Period Ending:** 03/31/2026

**Trustee Name:** (291100) Gordon P. Jones

**Date Filed (f) or Converted (c):** 10/15/2025 (f)

**§ 341(a) Meeting Date:** 11/13/2025

**Claims Bar Date:** 12/24/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 583 SW BUNN DR, LAKE CITY, FL 32024, COLUMBIA COUNTY COUNTY | 239,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2023 HYUNDAI SANTA CRUZ, 42000 MILES | 16,383.00 | 7,000.00 | | 0.00 | 21,547.26 |
| 3 | 2019 KENWORTH T680 | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | EQUIPMENT FOR SPORTS AND HOBBIES | 25.00 | 0.00 | | 0.00 | FA |
| 5 | FIREARMS | 100.00 | 0.00 | OA | 0.00 | FA |
| 6 | CLOTHES | 20.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 8 | TOOLS | 150.00 | 0.00 | | 0.00 | FA |
| 9 | CHECKING ACCOUNT: TRUIST BANK AUDI 7589 | 3,255.33 | 3,000.00 | | 0.00 | 3,000.00 |
| 10 | CHECKING ACCOUNT: TRUIST BUSINESS ACCOUNT AUDI 9914 | 111.12 | 0.00 | | 0.00 | FA |
| 11 | CHECKING ACCOUNT: TD BANK JOINT 9566 | 2,488.51 | 0.00 | | 0.00 | FA |
| 12 | MISO ROBOTICS | 0.00 | 4,400.00 | | 0.00 | 4,400.00 |
| 13 | OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | 50.00 | 0.00 | | 0.00 | FA |
| 14 | MACHINERY, EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 15 | FARM ANIMALS | 20.00 | 0.00 | OA | 0.00 | FA |
| 16 | 1/2 INTEREST 1 MICROWAVE, 1 WASHER, 1 DRYER, 1 STOVE, 1 REFRIGERATOR, 1 DINING ROOM TABLE WITH 4 CHAIRS, 1 KING BED, 1 FULL SIZE BED, 3 DRESSERS, 2 COUCHES, 2 CHAIRS, 1 BOOKCASE, 1 SUITCASE, 3 KNICK-KNACKS, 1 COMPUTER DESK, 1 ENTERTAINMENT CENTER, 7 SMALL APPLIANCES (u) | 350.00 | 0.00 | | 0.00 | FA |
| 17 | 1/2 INTEREST 3 STEREOS, 70 INCH TV 1 YEAR OLD 40 INCH TV 10 YEARS OLD, DESKTOP COMPUTER 9 YEARS OLD, LAPTOP 4 YEARS OLD, X BOX ONE GAME SYSTEM, NINTENDO SWITCH, NINTENDO WII SYSTEM (u) | 400.00 | 0.00 | | 0.00 | FA |
| 18 | CLAIMS AGAINST THIRD PARTIES (u) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  2

**Case No.:**  3:25-bk-03716-JAB

**Case Name:**  Audy Edmond Wallace

**For Period Ending:**  03/31/2026

**Trustee Name:**  (291100) Gordon P. Jones

**Date Filed (f) or Converted (c):**  10/15/2025 (f)

**§ 341(a) Meeting Date:**  11/13/2025

**Claims Bar Date:**  12/24/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | TAX REFUNDS 2025 (u) | 0.00 | 0.00 | | 0.00 | FA |
| **19** | **Assets Totals (Excluding unknown values)** | **$262,502.96** | **$14,400.00** | | **$0.00** | **$28,947.26** |

**Major Activities Affecting Case Closing:**

ESTATE PROFESSIONALS:
    Attorney: Order Employ JLF 11/7/25 (DE 8)
    Special Attorney:
    Accountant:
    Auctioneer:
    TPP Appraiser:
    Real Estate Agent:

ACTIONS:
    2004 Exam:
    Objection to Exemptions: 12/12/25 (DE 11)
    Motion for Turnover: 12/12/25 (DE 12)
    Motion Determine Conseq Value:
    Compromise 1: 3/18/26 (DE 20)
    Compromise 2:
    Motion to Sell:
    Personal property:
    Real Estate:
    RNS/NOS:
    Auction:
    Debtor Tax Refund: 2025 tax return indicates taxes owed to IRS, 3/18/26
    Personal Injury/Lawsuit:
    Prepare Estate Tax Return:
    Abandonment:
    Claims:
    Objection to Discharge:
    Adversary filed:
    State Court Lawsuit:

CASE STATUS: COLLECTING

Compromise ($14,400 - $1,200/mo starting 4/15/26)

DATE OF LAST REVIEW OF CASE:
11/16/2025 DATE OF LAST REVIEW OF CASE:
11/26/2025 DATE OF LAST REVIEW OF CASE: NC
12/15/2025 DATE OF LAST REVIEW OF CASE: NC
02/11/2026 DATE OF LAST REVIEW OF CASE: NC
03/03/2026 DATE OF LAST REVIEW OF CASE: NC
03/18/2026 DATE OF LAST REVIEW OF CASE: NC

**Initial Projected Date Of Final Report (TFR):**  11/30/2027    **Current Projected Date Of Final Report (TFR):**  11/30/2027